IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TERESA POLITE, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 5:11CV00252   SWW |
| | * | |
| CHILD DEVELOPMENT, INC., | * | |
| | * | |
| Defendant | * | |

**ORDER**

Before the Court is plaintiff's motion for a protective order and defendant's response. The Court grants the motion for protective order. The Court directs defendant to submit to the Court a copy of the protective order attached to its response in Word Perfect or Word format.

Also before the Court is plaintiff's motion to amend to which defendant responded. The motion is denied. The Court finds the amendments proposed are futile in that they fail to state a claim of race discrimination or harassment and are beyond the scope of plaintiff's EEOC charge.

IT IS THEREFORE ORDERED that the motion for protective order [docket entry 32] is granted. The motion to amend [docket entry 31] is denied.

DATED this 23rd day of March, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE