IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

| | | |
|---|---|---|
| TERESA POLITE, | * | |
| Plaintiff | * | |
| VS. | * | NO: 5:11CV00252 SWW |
| CHILD DEVELOPMENT, INC., | * | |
| Defendant | * | |

**ORDER**

Plaintiff, who is proceeding *pro se*, filed this lawsuit on September 27, 2011, alleging discrimination on the basis of race  The case is set for trial the week of November 5, 2012.  On April 3, 2012, defendant noticed plaintiff's deposition for April 24, 2012.  Plaintiff did not show up for the deposition.  She filed a motion on April 24 asking the Court to postpone the taking of her deposition until the trial.  Defendant responded to the motion and filed a motion for sanctions and, in the alternative, a motion to compel and for extension of time.  Plaintiff failed to respond to defendant's motion.

The Court denies plaintiff's motion to postpone her deposition until trial  The Court grants defendant's motion to compel and orders plaintiff to sit for a deposition no later than June 15, 2012.[1]  The deadline for filing dispositive motions is extended to July 16, 2012.  The Court further orders plaintiff to sign an employment records release and return it to defendant's counsel within seven (7) days from the date of entry of this Order.  Failure to comply with this Order may result in the dismissal of plaintiff's case.  *See* Local Rule 5.5(c)(2)(a party appearing *pro se* must prosecute her action diligently).

---

[1] If defendant is unable to schedule plaintiff's deposition by June 15, 2012, the Court will entertain a motion to extend discovery beyond that date for the purpose of taking plaintiff's deposition.

IT IS THEREFORE ORDERED that plaintiff's motion to postpone [docket entry 41] is denied.  Defendant's motion to compel [docket entry 42] is granted.  The discovery deadline is extended until June 15, 2012, for the limited purpose of taking plaintiff's deposition.  The motions deadline is extended until July 16, 2012.

SO ORDERED this 22nd  day of May, 2012.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE