IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

|  |  |  |
|---|---|---|
| TERESA POLITE, | * | |
| | * | |
| Plaintiff | * | |
| | * | |
| VS. | * | NO: 5:11CV00252  SWW |
| | * | |
| CHILD DEVELOPMENT, INC., | * | |
| | * | |
| Defendant | * | |

**ORDER**

Before the Court is plaintiff's motion filed in response to Orders dated July 24, 2012, and September 5, 2012.  Plaintiff asks the Court to again review her request for sanctions against defendant's attorneys.  Plaintiff also repeats her argument that it is unfair for the Court to order her, proceeding as a pauper, to pay defendant costs for failing to attend a deposition that plaintiff says she did not know was going to take place.

As the Court previously pointed out, it is plaintiff's responsibility to monitor the progress of her case, including her own motion to move the scheduled deposition.  Plaintiff does not deny that she failed to provide defendant with the employment records release form within seven days from the date of entry of the Court's May 22 Order, and that she failed to appear not only at the June 5th deposition but also at a deposition on April 24, 2012.  Defendant states plaintiff has not provided payment in accordance with the Court's September 5, 2012, Order, and the time for doing so has expired.

For the reasons stated in its previous orders, the Court denies plaintiff's motion [docket entry 68].  Because plaintiff has failed to pay costs as ordered, the Court dismisses plaintiff's

complaint.

      SO ORDERED this 27th day of September, 2012.

                                      <u>/s/Susan Webber Wright</u>

                                      UNITED STATES DISTRICT JUDGE